# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL EVENT SERVICES, INC., | : | Civil Action No.: 2:21-CV-04423 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| NATIONAL FIRE & MARINE INSURANCE COMPANY; | : | |
| MEDPRO GROUP; | : | |
| BARRI ORLOW; | : | |
| PETER BEHNKE; | : | |
| EDGEWOOD HEALTH CARE ADVISORS; | : | |
| INTEGRO GROUP; | : | |
| EPIC INSURANCE BROKERS & ADVISORS; | : | |
| CRC GROUP; | : | |
| MAURIZIO BIANCHI, ADMINISTRATOR OF THE ESTATE OF MARCO BIANCHI, IN HIS OWN RIGHT, AND ON BEHALF OF DECEDENT'S NEXT OF KIN; | : | |
| ALEX BIANCHI; | : | |
| THE PHILADELPHIA EAGLES; | : | |
| LINCOLN FINANCIAL FIELD; | : | |
| NATIONAL FOOTBALL LEAGUE, | : | |
| Defendants. | | |

## SCHEDULING ORDER

This _____ day of _____, 2022, it is hereby **ORDERED** as follows:

1. The Parties met and conferred pursuant to Fed. R. Civ. P. 26(f) **on May 10, 2022**.

2. The Parties shall file a joint report pursuant to Fed. R. Civ. Pf. 26(f) by **May 27, 2022**.

3. The Parties shall exchange initial disclosures required by Fed. R. Civ. P. 26(a)(1) by **May 27, 2022**.

4. The Parties may serve interrogatories, requests for production of documents and other party discovery on or after **June 1, 2022**.

5. Any motion to amend the pleadings shall be filed by **June 30, 2022**.

6. Any motion to join parties shall be filed by **June 30, 2022**.

7. All discovery requests shall be served 30 days prior to the end of fact discovery (i.e., no later than October 3, 2022).

8. All fact discovery, including but not limited to depositions of fact witnesses, shall be completed by **November 3, 2022**.

9. Plaintiff shall serve an expert witness list and expert reports required by FRCP 26(a)(2) by **December 15, 2022**. Only those expert witnesses will be permitted to testify.

10. Defendants must serve an expert witness list and expert reports, including of any rebuttal experts, required by FRCP 26(a)(2) by **January 30, 2023.** Only those expert witnesses will be permitted to testify.

11. All expert discovery, including depositions of experts, shall be completed by **March 15, 2023**.

12. Dispositive motions, if any, and *Daubert* motions, if any, shall be due by **April 21, 2023**.

13. Responses to dispositive motions and *Daubert* motions, if any, shall be due by **May 22, 2023**.

14. Replies in support of dispositive motions and *Daubert* motions, if any, shall be due by **June 22, 2023**.

15. All other pre-trial deadlines, including but not limited to deadlines for motions in *limine* and pre-trial memoranda, and a trial date will be scheduled after the Court's resolution of dispositive motions, if necessary.

_____
J. Gerald A. McHugh

**[SIGNATURES TO APPEAR ON FOLLOWING PAGE]**

By: /s/ Nicole Wixted
Nicole C. Wixted
Faegre Drinker Biddle & Reath LLP
One Logan Square, Suite 200
18th and Cherry Streets
Philadelphia, PA 19103
T: (215) 988-2690
F: (215) 988-2757
Nicole.wixted@faegredrinker.com

*Attorneys for Defendant CRC Insurance Services, Inc.*

By: /s/ R. Brandon McCullough
R. Brandon McCullough
Houston Harbaugh, P.C.
Three Gateway Center
401 Liberty Avenue, 22nd Floor
Pittsburgh, PA 15222
T: (412) 288-4008
F: (412) 281-4499
mcculloughb@hh-law.com

*Attorneys for Defendants National Fire & Marine Insurance Company, MedPro Group, and Barri Orlow*

By: /s/ Allison Goldis
Allison B. Goldis
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103
T: (215) 665-7241
F: (215) 665-2013
Agoldis@cozen.com

*Attorneys for Defendants Peter Behnke, Edgewood Health Care Advisors, Integro Group, and Epic Insurance Brokers & Advisors*

By: /s/ James Haggerty
James C. Haggerty
Haggerty, Goldberg, Schleifer & Kupersmith, P.C.
1801 Market Street, Suite 100
Philadelphia, PA 19103
T: (267) 350-6633
F: (215) 665-8201
jhaggerty@hgsklawyers.com

*Attorneys for Plaintiff National Event Services, Inc.*

By: /s/ John Tyrrell
John E. Tyrrell
Ricci Tyrrell Johnson & Grey, PLLC
1515 Market Street, Suite 1800
Philadelphia, PA 19102
T: (215) 320-3260
F: (215) 320-3261
jtyrrell@rtjglaw.com

*Attorneys for Defendant Eagles Stadium Operators, LLC*