# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATIONAL EVENT SERVICES, INC.** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-4423** |
| | : | |
| **NATIONAL FIRE & MARINE** | : | |
| **INSURANCE COMPANY, ET AL.** | : | |

## ORDER

This 30th day of January, 2023, pursuant to Local Rule of Civil Procedure 26.1(g), it is hereby **ORDERED** that Eagles Stadium Operator, LLC's Motion to Compel (ECF 67) is **GRANTED** and National Event Services, Inc. ("NES") shall, within ten days of the date of this Order, serve full and complete answers to requests for production of documents, including responsive documents, and to interrogatories addressed to NES which were served on September 14, 2022.

    /s/ Gerald Austin McHugh  
United States District Judge