# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL EVENT SERVICES, INC., | Civil Action No.: 2:21-CV-04423 |
| Plaintiff, | |
| vs. | |
| NATIONAL FIRE & MARINE INSURANCE COMPANY; MEDPRO GROUP; BARRI ORLOW; PETER BEHNKE; EDGEWOOD HEALTH CARE ADVISORS; INTEGRO GROUP; EPIC INSURANCE BROKERS & ADVISORS; CRC GROUP; MAURIZIO BIANCHI, ADMINISTRATOR OF THE ESTATE OF MARCO BIANCHI, IN HIS OWN RIGHT, AND ON BEHALF OF DECEDENT'S NEXT OF KIN; ALEX BIANCHI; THE PHILADELPHIA EAGLES; LINCOLN FINANCIAL FIELD; NATIONAL FOOTBALL LEAGUE, | |
| Defendants. | |

## JOINT STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties[1] that the present action (including all claims and counterclaims pled in the present action) is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and the terms of the attached Tolling Agreement.

---

[1] This Stipulation is filed on behalf of all parties with the exception of Defendants, Maurizio Bianchi, Administrator of the Estate of Marco Bianchi, in His Own Right, and on Behalf of Decedent's Next of Kin, and Alex Bianchi. Those parties have not provided their position on this Stipulation as of the time of its filing. However, as nominal parties, there consent is not required to have this matter dismissed without prejudice.

{1360.00074:01256173 }

By: /s/ James C. Haggerty
James C. Haggerty
Haggerty, Goldberg, Schleifer & Kupersmith, P.C.
1801 Market Street, Suite 100
Philadelphia, PA 19103
T: (267) 350-6633
F: (215) 665-8201
jhaggerty@hgsklawyers.com

*Attorneys for Plaintiff National Event Services, Inc.*

By: /s/ R. Brandon McCullough
R. Brandon McCullough
Houston Harbaugh, P.C.
Three Gateway Center
401 Liberty Avenue, 22nd Floor
Pittsburgh, PA 15222
T: (412) 288-4008
F: (412) 281-4499
mcculloughb@hh-law.com

*Attorneys for Defendants National Fire & Marine Insurance Company and MedPro Group*

By: /s/ Melissa F. Brill
Melissa F. Brill
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103
T: (215) 665-7241
F: (215) 665-2013
Agoldis@cozen.com

*Attorneys for Defendants Peter Behnke, Edgewood Health Care Advisors, Integro Group, and Epic Insurance Brokers & Advisors*

By: /s/ Nicole C. Wixted
Nicole C. Wixted
Faegre Drinker Biddle & Reath LLP
One Logan Square, Suite 200
18th and Cherry Streets
Philadelphia, PA 19103
T: (215) 988-2690
F: (215) 988-2757
Nicole.wixted@faegredrinker.com

*Attorneys for Defendant CRC Insurance Services, LLC*

By: /s/ John E. Tyrrell
John E. Tyrrell
Ricci Tyrrell Johnson & Grey, PLLC
1515 Market Street, Suite 1800
Philadelphia, PA 19102
T: (215) 320-3260
F: (215) 320-3261
jtyrrell@rtjglaw.com

*Attorneys for Defendant Eagles Stadium Operator, LLC (incorrectly identified as The Philadelphia Eagles and Lincoln Financial Field)*

{1360.00074:01256173 }

IT IS SO ORDERED.

Dated: _____, 2023

                                                                                                                _____
Gerald A. McHugh
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL EVENT SERVICES, INC., : | Civil Action No.: 2:21-CV-04423 |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| NATIONAL FIRE & MARINE : | |
| INSURANCE COMPANY; : | |
| MEDPRO GROUP; : | |
| BARRI ORLOW; : | |
| PETER BEHNKE; : | |
| EDGEWOOD HEALTH CARE ADVISORS; : | |
| INTEGRO GROUP; : | |
| EPIC INSURANCE BROKERS & : | |
| ADVISORS; : | |
| CRC GROUP; : | |
| MAURIZIO BIANCHI, ADMINISTRATOR : | |
| OF THE ESTATE OF MARCO BIANCHI, IN : | |
| HIS OWN RIGHT, AND ON BEHALF OF : | |
| DECEDENT'S NEXT OF KIN; : | |
| ALEX BIANCHI; : | |
| THE PHILADELPHIA EAGLES; : | |
| LINCOLN FINANCIAL FIELD; : | |
| NATIONAL FOOTBALL LEAGUE, : | |
| : | |
| Defendants. | |

## TOLLING AGREEMENT

WHEREAS, On September 22, 2019, Marco Bianchi suffered a heart attack and died while attending a Philadelphia Eagles game at Lincoln Financial Field;

WHEREAS, the plaintiff, National Event Service, Inc. ("National Event") had contracted with Eagles Stadium Operator, LLC ("ESO") to provide emergency medical services at Lincoln Financial Field ("ESO/NES Agreement");

WHEREAS, The Estate of Marco Bianchi instituted suit in the Court of Common Pleas of Philadelphia County against, *inter alia,* National Event and ESO (improperly named as "The

1

Philadelphia Eagles and Lincoln Financial Field"), seeking Wrongful Death and Survival Act damages (<u>Maurizio Bianchi, Administrator of the Estate of Marco Bianchi, Deceased, in his own right and on behalf of said decedent's next of kin and Alex Bianchi v. The Philadelphia Eagles, Lincoln Financial Field, National Event Services, Inc. and National Football League</u>, August Term, 2020, No. 01739) ("Bianchi Lawsuit");

WHEREAS, trial in Bianchi Lawsuit is scheduled for June 17, 2024;

WHEREAS, the Bianchi Lawsuit has given rise to coverage disputes under policies of insurance issued to National Event by National Fire & Marine ("National Fire");

WHEREAS, as a result of the Bianchi Lawsuit, on September 7, 2021, National Event, instituted suit in the Court of Common Pleas of Philadelphia County, which was removed to the United States District Court for the Eastern District of Pennsylvania (<u>National Event Services Inc. v. National Fire & Marine Insurance Company, et al.</u>, U.S.D.C. Eastern District of PA, 2:21-CV-04423) ("this Lawsuit" or "the Present Action");

WHEREAS, the Present Action seeks declaratory relief under a Health Care Liability Policy ("Primary Policy") and an Excess Health Care Liability Policy ("Excess Policy") issued by National Fire to National Event through the involvement of the insurance agents and brokers, Peter Behnke, CRC Insurance Services, LLC improperly named as CRC Group ("CRC"), Edgewood Health care Advisors ("Edgewood"), Integro Group ("Integro") and Epic Insurance Brokers & Advisors ("Epic");

WHEREAS, National Event sets forth the following claims in the Present Action: (1) declaratory relief against defendants, National Fire and MedPro Group ("MedPro") (Count I); (2) negligence against defendants, Peter Behnke, Edgewood, Integro, Epic and CRC (Count II); and (3) common law and statutory bad faith against defendants, National Fire and MedPro (Count III);

WHEREAS, in the Present Action, National Event additionally seeks compensatory damages from Peter Behnke, Edgewood, Integro, Epic and CRC, in the event that there is found to be no coverage under the Primary Policy and/or the Excess Policy for all monies: (a) which may be found to be due and owing by National Event in the pending Bianchi Lawsuit, which otherwise would have been covered by insurance but were not insured by reason of the alleged negligent and careless acts of the agents and brokers in failing to place coverage to properly and adequately protect National Event; and (b) any and all consequential damages for any and all other losses caused by the act or failure to act of the agents and brokers;

WHEREAS, the Present Action also seeks extra-contractual bad faith damages from National Fire and MedPro in connection with the handling of the claims asserted in the Bianchi Lawsuit;

WHEREAS, the defendant ESO filed a counterclaim against NES in the Present Action seeking a declaration that NES is liable to indemnify ESO for liability in the Bianchi Lawsuit up to the same amount as the limits of excess insurance that was required to be procured by NES for ESO as an additional insured pursuant to the ESO/NES Agreement;

WHEREAS, in the light of trial in the Bianchi Lawsuit being scheduled for June 17, 2024, the parties to the Present Action have agreed to the dismissal, without prejudice, of the present action pursuant to the Joint Stipulation and Order to Dismiss Without Prejudice;

WHEREAS, the parties have agreed that certain claims may be filed or re-filed, as outlined in this Tolling Agreement.

NOW, THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:

1. This lawsuit shall be marked dismissed, without prejudice pursuant to the Joint Stipulation and Order to Dismiss Without Prejudice.

2. The statute of limitations with respect to all claims, causes of action, affirmative defenses and counterclaims asserted in this Lawsuit as of the date of this Agreement (i.e., November 3, 2023), shall be considered tolled:

    a. as of the date of the filing of this Lawsuit (i.e., September 7, 2021); and

    b. until a date sixty (60) days following the final and complete adjudication of the Bianchi Lawsuit, including exhaustion of all appeals and rights to appeal in the Bianchi Lawsuit.

3. The statutes of limitations with respect to all claims, causes of action, affirmative defenses, counterclaims, and cross claims, whether known or unknown, not yet asserted in this Lawsuit as of the date of this Agreement (i.e., November 3, 2023) that any Party to this Lawsuit may have against each other relating to the Bianchi Lawsuit, shall be tolled:

    a. as of the date of this Agreement (November 3, 2023); and

    b. until a date sixty (60) days following the final and complete adjudication of the Bianchi Lawsuit, including exhaustion of all appeals and rights to appeal in the Bianchi Lawsuit.

4. The statute of limitations shall not be asserted as a defense to the claims covered by this Tolling Agreement, provided that the claims are filed on a timely basis as set forth in this Tolling Agreement.

By: /s/ James C. Haggerty  
James C. Haggerty  
Haggerty, Goldberg, Schleifer & Kupersmith, P.C.  
1801 Market Street, Suite 100  
Philadelphia, PA 19103  
T: (267) 350-6633  
F: (215) 665-8201  
jhaggerty@hgsklawyers.com  

By: /s/ R. Brandon McCullough  
R. Brandon McCullough  
Houston Harbaugh, P.C.  
Three Gateway Center  
401 Liberty Avenue, 22nd Floor  
Pittsburgh, PA 15222  
T: (412) 288-4008  
F: (412) 281-4499  
mcculloughb@hh-law.com  

*Attorneys for Plaintiff National Event Services, Inc.*

4

*Attorneys for Defendants National Fire & Marine Insurance Company and MedPro Group*

By: /s/ Melissa F. Brill
Melissa F. Brill
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103
T: (215) 665-7241
F: (215) 665-2013
Agoldis@cozen.com

*Attorneys for Defendants Peter Behnke, Edgewood Health Care Advisors, Integro Group, and Epic Insurance Brokers & Advisors*

By: /s/ John E. Tyrell
John E. Tyrrell
Ricci Tyrrell Johnson & Grey, PLLC
1515 Market Street, Suite 1800
Philadelphia, PA 19102
T: (215) 320-3260
F: (215) 320-3261
jtyrrell@rtjglaw.com

*Attorneys for Defendant Eagles Stadium Operator, LLC*

By: /s/ Nicole C. Wixted
Nicole C. Wixted
Faegre Drinker Biddle & Reath LLP
One Logan Square, Suite 200
18th and Cherry Streets
Philadelphia, PA 19103
T: (215) 988-2690
F: (215) 988-2757
Nicole.wixted@faegredrinker.com

*Attorneys for Defendant CRC Insurance Services, LLC*